UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT K. MARDJUKI and SUSANNA MARDJUKI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NEW YORK COMMUNITY BANK, and others,<br><br>　　　　Defendants. | Case No. 12-cv-06561 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 3 |

Defendants New York Community Bank and NYCB Mortgage Company filed a motion to dismiss this action on January 4, 2013. Plaintiffs have not responded. Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. A party who does not oppose the motion must file a statement of nonopposition with the court within fourteen days. Civ. L. Rule 7-3(b). "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Accordingly, by February 12, 2013, plaintiffs must show cause in writing why this action should not be dismissed. Also by February 12, plaintiffs must consent to or decline the jurisdiction of a United States Magistrate Judge.

IT IS SO ORDERED.

Date: February 5, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-06561 NC
ORDER TO SHOW CAUSE