**HAHN LOESER & PARKS LLP**

Scott J. Kelly, SBN 210747
skelly@hahnlaw.com
James E. Heffner, SBN 245406
jheffner@hahnlaw.com
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: (619) 810-4300
Fax: (619) 810-4301

Attorneys for Defendants New York Community Bank and NYCB Mortgage Company, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. MARDJUKI, an individual, and SUSANNA MARDJUKI, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NEW YORK COMMUNITY BANK, an unknown entity, U.S. BANK, TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-7, NYCB MORTGAGE COMPANY, LLC, a limited liability company, and DOES 1-50 inclusive, <br><br> Defendants. | Case No.: C-12-06561 NC <br><br> [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE <br><br> Date: February 13, 2013 <br> Time: 1:00 p.m. <br><br> Location: San Francisco Division <br> 450 Golden Gate Avenue <br> San Francisco, California 94102 <br><br> Courtroom: A, 15th Floor <br> Judge: Magistrate Nathanael M. Cousins <br> Complaint Filed: Removed December 28, 2012 <br> Trial Date: Not yet assigned |

IT IS SO ORDERED that Scott J. Kelly may appear telephonically at the hearing on New York Community Bank and NYCB Mortgage Company, LLC's Motion to Dismiss, which is scheduled for February 13, 2013 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: _____February 5_, 2013

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins]