1  **HAHN LOESER & PARKS LLP**

2  Scott J. Kelly, SBN 210747
   skelly@hahnlaw.com
3  James E. Heffner, SBN 245406
   jheffner@hahnlaw.com
4  One America Plaza
5  600 West Broadway, Suite 1500
   San Diego, California  92101
6  Telephone:  (619) 810-4300
   Fax:  (619) 810-4301
7

8  Attorneys for Defendants New York
   Community Bank and NYCB Mortgage
9  Company, LLC

10
                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA

12

| ROBERT K. MARDJUKI, an individual, and SUSANNA MARDJUKI, an individual, | Case No.: C-12-06561 NC |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE |
| vs. | Date:  February 13, 2013<br>Time:  1:00 p.m. |
| NEW YORK COMMUNITY BANK, an unknown entity, U.S. BANK, TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-7, NYCB MORTGAGE COMPANY, LLC, a limited liability company, and DOES 1-50 inclusive, | Location:  San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, California 94102<br><br>Courtroom:  A, 15th Floor<br>Judge:  Magistrate Nathanael M. Cousins<br>Complaint Filed:  Removed December 28, 2012 |
| Defendants. | Trial Date:  Not yet assigned |

21
22      IT IS SO ORDERED that Scott J. Kelly may appear telephonically at the hearing on New

23  York Community Bank and NYCB Mortgage Company, LLC's Motion to Dismiss, which is

    scheduled for February 13, 2013 at 1:00 p.m.
24
        **IT IS SO ORDERED.**
25
    Dated: _____February 5_, 2013
26
                                    _____
27                                  Hon. Nathanael M. Cousins
                                    United States Magistrate Judge
28

GRANTED
Judge Nathanael M. Cousins

Request to Appear by Phone at Motion to Dismiss Hearing